UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 16-20426-Civ-Williams/Simonton

CHANELL S. WARD,

    Plaintiff,

v.

PMAB, LLC

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Tyler A. Hayden, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Shumaker, Loop & Kendrick, LLP |
| Fort Lauderdale, Florida  33339 | Suite 1000 |
| Telephone: 954-537-2000 | 240 South Pineapple Avenue |
| Facsimile: 954-566-2235 | Sarasota, FL 34230 |
| | Telephone: 941-364-2792 |
| | Facsimile: 941-364-3999 |
| | |
| By: /s/ Donald A. Yarbrough | By: /s/ Tyler A. Hayden |
| Donald A. Yarbrough, Esq. | Tyler A. Hayden, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 16-20426-Civ-Williams/Simonton

CHANELL S. WARD,

    Plaintiff,

v.

PMAB, LLC

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 31, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/Donald A. Yarbrough
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Tyler A. Hayden, Esq.
Shumaker, Loop & Kendrick, LLP
Suite 1000
240 South Pineapple Avenue
Sarasota, FL 34230
Telephone: 941-364-2792
Facsimile: 941-364-3999

Via Notices of Electronic Filing generated by CM/ECF