UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-20426-CIV-WILLIAMS/SIMONTON

CHANELL S. WARD,

    Plaintiff,

vs.

PMAB, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS MATTER** is before the Court upon the Parties' joint stipulation for dismissal with prejudice. (DE 19). Upon review of the stipulation and the record, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 31st day of August, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE